## ROSCOE JOHNSON *v.* COMMISSIONER OF CORRECTION
### (AC 17012)

Lavery, Spear and Daly, Js.

Argued October 28—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ERROL DUNKLEY
### (AC 15387)

Lavery, Spear and Daly, Js.

Argued October 28—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WAYNE WHITE
### (AC 16059)

Foti, Landau and Hennessy, Js.

Argued October 28—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

## FRANK VANDEVER *v.* COMMISSIONER OF CORRECTION
### (AC 15988)

O'Connell, C. J., and Schaller and Cretella, Js.

Argued October 29—officially released November 18, 1997

Per Curiam. The judgment is affirmed.